UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO JAMES TOLDEN,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>    Respondent. | Case No. 23-cv-03171-AMO (PR)<br><br>**ORDER OF DISMISSAL** |

This suit was reassigned from a magistrate judge to the undersigned in light of a recent Ninth Circuit decision.[1] Petitioner Delano James Tolden, a state prisoner, filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has also filed motions for leave to proceed *in forma pauperis.* Dkts. 7, 12.

Tolden has a pending habeas action with this Court in Case No. 23-cv-02449-AMO (PR), challenging the same conviction and raising the same claims as in the instant petition. *See* Dkt. 7 in Case No. 23-cv-02449-AMO (PR).

Accordingly, the instant petition is **DISMISSED** as a duplicate petition to Case No. 23-cv-02449-AMO (PR). The Court has reviewed Tolden's claims and issued an order to show cause in Case No. 23-cv-02449-AMO (PR). *See* Dkt. 11 in Case No. 23-cv-02449-AMO (PR).

//

//

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (holding that magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).

1   Tolden's motions for leave to proceed *in forma pauperis* are **GRANTED**.  Dkts. 7, 12.

2   The Clerk of the Court shall terminate all pending motions and close the file.

3   **IT IS SO ORDERED.**

4   Dated:   Janaury 9, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**